1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | | |
|---|---|---|
| DANNY LYNN HUDSON, | ) | No. CV 08-3446-SJO (PLA) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| LINDA SANDERS, Warden, et al., | ) | |
| Respondents. | ) | |

Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed without prejudice.


DATED: 8/18/08

/S/ S. James Otero
_____
HONORABLE S. JAMES OTERO
UNITED STATES DISTRICT JUDGE